**Order entered September 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00227-CR

**KYLIL JAMALL KILLIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81862-2018**

## ORDER

Appellant, who was convicted of continuous sexual abuse of a young child and indecency with a child by contact, filed his brief on September 3, 2019. In the brief, appellant identifies the child victim by name. This Court does not allow a party to file a brief that discloses the names of child victims, child witnesses, or any other children discussed or identified at trial in a continuous sexual abuse of a young child and indecency with a child by contact case. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's September 3, 2019 brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any child victim and any other child (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

We **DIRECT** the Clerk to send copies of this order to Paul D. Key and to the Collin County District Attorney.

.

/s/    LANA MYERS
       JUSTICE